IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **WESLEY CLAY WEAVER,**<br>    Plaintiff, | Civil Action No. 7:21-cv-00036 |
| v. | **MEMORANDUM OPINION** |
| **VIRGINIA STATE POLICE,**<br>    Defendant(s), | By:  Thomas T. Cullen<br>United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered February 12, 2021, the court directed plaintiff to submit, within 20 days from the date of the order, the required six-month statements for the months of July 2020 through December 2020 as well as the signed inmate account form by the trust officer in order to complete the financial process for the Court to determine plaintiff's in forma pauperis status. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court will dismiss this action without prejudice and strike the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTERED this 15th day of March, 2021.

          */s/ Thomas T. Cullen*          
United States District Judge